**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| DAVID WOULARD, ATTACK THE SOUND LLC, an Illinois limited liability company, STAN BURJEK, JAMES BURJEK, BERK ERGOZ, HAMZA JILANI, MAATKARA WILSON, ARJUN SINGH, MAGNUS FIENNES, and MICHAEL MELL, each individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>SUNO, INC. and UNKNOWN DEFENDANTS,<br><br>    Defendants. | Case No. 25-cv-12684<br><br>District Judge Andrea R. Wood<br><br>Magistrate Judge Heather K. McShain |

**SUNO, INC.'S CORPORATE DISCLOSURE STATEMENT
AND NOTIFICATION OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Suno, Inc. ("Suno"), a nongovernmental corporate party, states that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock. The following entities or individuals own, directly or indirectly, 5% or more of Suno's outstanding stock: Lightspeed Venture Partners Select V, L.P., Matrix Partners XII, L.P., NFDG22 L.L.C., Georg Kucsko, Michael Shulman, and Martin Camacho.

Dated: November 14, 2025     Respectfully submitted,

             /s/ Gary Feinerman
             _____

             Gary Feinerman (ARDC No. 6206906)
             **LATHAM & WATKINS LLP**
             330 N. Wabash Avenue, Suite 2800
             Chicago, IL 60611
             Telephone: (312) 876-7700

Facsimile: (312) 993-9767
Email: gary.feinerman@lw.com

Andrew M. Gass (*pro hac vice* forthcoming)
Brittany N. Lovejoy (*pro hac vice* forthcoming)
Joseph R. Wetzel (*pro hac vice* forthcoming)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: andrew.gass@lw.com
Email: brittany.lovejoy@lw.com
Emai: joe.wetzel@lw.com

*Attorneys for Defendant Suno, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on November 14, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF System, which shall send notification of such filing to all counsel of record.

<u>/s/ Gary Feinerman</u>
Gary Feinerman