**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| DAVID WOULARD, ATTACK THE SOUND LLC, an Illinois limited liability company, STAN BURJEK, JAMES BURJEK, BERK ERGOZ, HAMZA JILANI, MAATKARA WILSON, ARJUN SINGH, MAGNUS FIENNES, and MICHAEL MELL, each individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>SUNO, INC. and UNKNOWN DEFENDANTS,<br><br>      Defendants. | Case No. 25-cv-12684<br><br>District Judge Andrea R. Wood<br><br>Magistrate Judge Heather K. McShain |

**SUNO, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMIT**

Pursuant to Local Rule 7.1, Defendant Suno Inc. ("Suno") respectfully requests that the Court grant it leave to file a Memorandum of Law in Support of its Motion to Dismiss, Stay, or Transfer in excess of the fifteen-page limit. In support, Suno states as follows:

1. On October 16, 2025, Plaintiffs filed a 103-page Complaint alleging 14 causes of action. ECF No. 1.

2. On November 14, 2025, Suno filed an Unopposed Motion for Leave to File Brief In Excess of Page Limit ("First Motion for Leave"), requesting leave to file a Memorandum of Law in Support of its Motion to Dismiss, Stay, or Transfer of up to 25 pages. ECF No. 12.

3. This Court granted Suno's First Motion for Leave on November 17, 2025. ECF No. 15.

4.     On November 24, 2025, Suno filed a 25-page Motion to Dismiss, Stay, or Transfer. ECF No. 16.

5.     On December 8, 2025, Plaintiffs filed a 123-page First Amended Complaint with nearly 20 pages of new allegations regarding venue and personal jurisdiction.  ECF No. 17.

6.     On December 16, 2025, this Court terminated Suno's Motion to Dismiss, Stay, or Transfer [ECF No. 16] as moot.  ECF No. 20.

7.     Suno's response to the First Amended Complaint is due on January 13, 2026.

8.     Local Rule 7.1 provides that "[n]either a brief in support of or opposition to any motion … shall exceed fifteen pages without prior approval of the court."

9.     Given the number of additional jurisdictional, venue, and forum-related issues implicated by Plaintiffs' First Amended Complaint and the significance of an earlier filed, substantially similar class action pending in the District of Massachusetts, Suno respectfully requests leave to file a Memorandum of Law in support of its Motion to Dismiss, Stay, or Transfer of up to 30 pages.

10.     Counsel for Suno conferred with counsel for Plaintiffs, who stated that Plaintiffs do not oppose this Motion for Leave.  Suno of course would have no objection to Plaintiffs filing an opposition brief of up to 30 pages.

WHEREFORE, Defendant Suno respectfully requests that this Court enter an order permitting Suno to file a Memorandum of Law in support of its Motion to Dismiss, Stay, or Transfer of up to 30 pages.

2

Dated: January 9, 2026

Respectfully submitted,

/s/   Brittany N. Lovejoy

Andrew M. Gass (*pro hac vice*)
Brittany N. Lovejoy (*pro hac vice*)
Joseph R. Wetzel (*pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: andrew.gass@lw.com
Email: britt.lovejoy@lw.com
Email: joe.wetzel@lw.com

Gary Feinerman (ARDC No. 6206906)
**LATHAM & WATKINS LLP**
330 N. Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: gary.feinerman@lw.com

*Attorneys for Defendant Suno, Inc.*

3

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 9, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF System, which shall send notification of such filing to all counsel of record.

/s/ Brittany N. Lovejoy
Brittany N. Lovejoy

4