**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DAVID WOULARD, ATTACK THE SOUND LLC, an Illinois limited liability company, STAN BURJEK, JAMES BURJEK, BERK ERGOZ, HAMZA JILANI, MAATKARA WILSON, ARJUN SINGH, MAGNUS FIENNES, and MICHAEL MELL, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUNO, INC. and UNKNOWN DEFENDANTS,<br><br>Defendants. | Case No. 25-cv-12684<br><br>District Judge Andrea R. Wood<br><br>Magistrate Judge Heather K. McShain |

**[PROPOSED] ORDER GRANTING DEFENDANT SUNO, INC.'S MOTION TO STAY DISCOVERY**

After reviewing Defendant Suno, Inc.'s Motion to Stay Discovery, and for good cause shown, the Court GRANTS the Motion.

The Court further ORDERS that all discovery is stayed until the resolution of Defendant Suno, Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint for Lack of Personal Jurisdiction and Improper Venue or, in the Alternative, to Transfer Venue. Should the Court deny Defendant Suno Inc.'s pending Motion to Dismiss Plaintiffs' First Amended Complaint for Lack of Personal Jurisdiction and Improper Venue or, in the Alternative, to Transfer Venue, Dkt. 25, discovery will proceed based on the date of the Court's corresponding Order, subject to any further orders from the Court.

1

Dated this _____ day of _____, 2026

_____
ANDREA R. WOOD
UNITED STATES DISTRICT JUDGE